

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:        01-18-01113-CV

Trial Court Cause
Number:              18-DCV-251366

Style:               In re Fort Bend Independent School District

Date motion filed*:  October 18, 2019

Type of motion:      Motion for Extension of Time to File Motion for Rehearing

Party filing motion: Real Party in Interest

Document to be filed: Motion for Rehearing

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

Original due date:                            October 18, 2019

Number of previous extensions granted:   0

Date Requested:                               14 days

Ordered that motion is:

☒   Granted

If document is to be filed, document due: **November 1, 2019**

☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ The Court will not grant additional motions to extend time.

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

Judge's signature: /s/ Evelyn V. Keyes
            ☒ Acting individually    ☐ Acting for the Court

Date: October 24, 2019